UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-226 (2) (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER SEALING DOCUMENT** |
| NATALIE LYNN BARTELL, | |
| Defendant. | |

_____

Christian Wilton, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Kevin Cornwell, **LAW OFFICE OF KEVIN C. CORNWELL**, 102 South 29th Avenue West, Suite 206, Duluth, MN 55806, for defendant.

This matter comes before the Court on the Defendant's motion to seal document [Docket No. 76]. Based upon all the records and proceedings herein,

**IT IS HEREBY ORDERED** that the Defendant's motion to seal document is **GRANTED**.

DATED: February 26, 2010
at Minneapolis, Minnesota         _____ s/ John R. Tunheim _____
                                          JOHN R. TUNHEIM
                                       United States District Judge